IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| XYKIRRA C., a minor, Individually and By and Through Her Parent, STEPHANIE C. | : : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | |
| THE SCHOOL DISTRICT OF PHILADELPHIA | : : : | NO. 12-4251 |
| Defendant. | : | |

## ORDER

**AND NOW**, this *8th* day of *May*, 2013, upon consideration of **(1)** Plaintiff's Motion for Judgment on the Record (Docket No. 7) and Defendant's Response in Opposition (Docket No. 11), and **(2)** Defendant's Motion for Judgment on the Record (Docket No. 8) and Plaintiff's Response in Opposition (Docket No. 10) it is hereby **ORDERED** as follows:

1. Plaintiff's Motion is **DENIED**.
2. Defendant's Motion is **GRANTED**.
3. **JUDGMENT IS ENTERED** in favor of Defendant.
4. This case is now **CLOSED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.